## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

FREDRICK WILLIAMS #371650              CASE NO. 1:17-CV-00173 SEC P

VERSUS                                CHIEF JUDGE DRELL

LASALLE CORRECTIONS CORP ET       MAGISTRATE JUDGE PEREZ-MONTES
AL

## MEMORANDUM ORDER

On January 23, 2017, a complaint was filed by the plaintiff.  On January 27, 2017, a

memorandum order was issued by this court ordering the plaintiff within 30 days of the date of

the order to pay the filing fee or submit an IFP application.  Mover has failed to take the required

action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be,

and hereby is, stricken from the record.

THUS DONE in Chambers on this __13th__ day of __April__, 2017.

_____

Joseph H. L. Perez-Montes
United States Magistrate Judge